# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    NO. 4:14CR00188-17 JLH

VERNA THOMPSON                                                                              DEFENDANT

## ORDER

The United States has filed a motion to dismiss the indictment against defendant Verna Thompson. The motion is GRANTED. Document #304. The indictment against Verna Thompson is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE